■ The People of the State of New York, Respondent, v Henry Rosa, Appellant. [25 NYS3d 604]—Appeals having been taken to this Court by the above-named appellant from a judgment of resentence of the Supreme Court, Bronx County (Megan Tallmer, J., at plea and sentencing; Efrain Alvarado, J., at resentencing), rendered August 27, 2014, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Friedman, J.P., Sweeny, Saxe and Gische, JJ.